IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01497-WYD-CBS

DAVID OWEN,

      Plaintiff,

v.

INTRADO, INC.,

      Defendant.

_____

### ORDER OF DISMISSAL
_____

The parties filed a Stipulation for Dismissal with Prejudice [# 18] on March 29,

2006.  After a careful review of the Stipulation and the file, the Court concludes that the

case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

his or its own costs and attorneys' fees.

      Dated:  March 31, 2006

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge